**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1743

BRIDGETTE WILLIAMS,

Plaintiff - Appellant,

v.

PIEDMONT AIRLINES, INC.,

Defendant - Appellee,

and

AMERICAN AIRLINES GROUP, INC.,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:21-cv-01918-MGL)

Submitted:  November 16, 2023                                    Decided:  November 21, 2023

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bridgette Williams, Appellant Pro Se.  William Lee Duda, Sarah M. Gable, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bridgette Williams appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant summary judgment on Williams' race discrimination, retaliation, and hostile work environment harassment claims, brought pursuant to 42 U.S.C. § 1981. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Piedmont Airlines, Inc.*, No. 3:21-cv-01918-MGL (D.S.C. June 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*